| | |
|---|---|
| **BOW SCHOOL BOARD POLICY** | **KFA** |

# PUBLIC CONDUCT ON SCHOOL PROPERTY

For purposes of this policy, "school property" means any buildings, vehicles, property, land, or facilities used for school purposes or school-sponsored events, whether public or private.

The School District expects mutual respect, civility, and orderly conduct among all individuals on school property or at a school event. No person on school property or at a school event shall:

1. Injure, threaten, harass, or intimidate a staff member, a School Board member, sports official or coach, or any other person;

2. Damage, or threaten to damage, another's property;

3. Damage or deface School District property;

4. Violate any Federal or New Hampshire law, or town or county ordinance;

5. Smoke or otherwise use tobacco products;

6. Consume, possess, distribute, or be under the influence of alcoholic beverages or illegal drugs, or possess dangerous devices or weapons;

7. Impede, delay, disrupt, or otherwise interfere with any school activity or function (including using cellular phones in a disruptive manner);

8. Enter upon any portion of school premises at any time for purposes other than those that are lawful and authorized by the School Board;

9. Operate a motor vehicle in violation of an authorized District employee's directive or posted road signs.

10. Violate other District policies or regulations, or an authorized District employee's directive.

11. Possess a weapon. For the purpose of this policy a "weapon" includes but is not limited to: sling shot, metallic knuckles, billies, knives, electric defense weapons (as defined in RSA 159:20), aerosol self-defense spray weapons (as defined in RSA 159:20), and martial arts weapons (as defined in RSA 159:24). Weapons under control of law enforcement personnel are permitted.

Any person who violates this policy or any other acceptable standard of behavior may be ordered to leave school grounds. Law enforcement officials may be contacted at the discretion of the supervising District employee if such employee believes it necessary.

Additionally, the District reserves the right to issue "no trespass" letters to any person whose conduct violates this policy, acceptable standards of conduct, or creates a disruption to the School District's educational purpose.

*Legal References:*
*RSA 193:11, Disturbance*
*RSA 635:2, Criminal Trespass*

Reviewed and approved by the Bow School Board
@ its Meeting of _____