**From:** Mike Desilets <mdesilets@bownet.org>
**Sent:** Monday, September 16, 2024 6:30 PM
**To:** Michael Desilets <mdesilets@bownet.org>
**Subject:** Tuesday 9/17

Good evening soccer families-

Please read the following attached messaging regarding Bow High School's status as a member of the NHIAA as well as some information from our Athletics Handbook regarding sportsmanship and sideline behavior.  I understand that there are some differing opinions regarding tomorrow's game, and that is perfectly fine.  Please understand that any inappropriate signs, references, language or anything else present at the game will not be tolerated.  This is a contest between high school student-athletes and should be treated as such.

Thank you in advance for your attention to this important matter.


BHS Administration


--

