# Exhibit C

     Bow High School is an active member of the NHIAA, we sign an annual agreement to join form for all 34 of our Varsity teams. In doing so, we agree to follow all guidelines and policies set forth by the NHIAA and their handbook as well as those set by the National Federation of High Schools, which establishes rules of competition for all sports. These are our governing bodies. We always have and will continue to follow the guidelines from the NHIAA to remain in compliance and eligible for post-season tournaments. We will play the schedule that we have, as it is. The teams that we play against are also in compliance with the NHIAA and we will trust that anyone on their rosters set to play against us are all eligible, just as they trust in us. We will play against whatever NHIAA compliant team is on the other sideline, as scheduled.

From page 4 of the 2024 NHIAA Soccer Policies and Procedures:

3. **COMPLETED SCHEDULE AND FORFEIT:**
   All teams must complete their entire schedule submitted to the NHIAA. Any scheduled game(s) not played must be reported (in writing by both schools) to the NHIAA prior to the date of NHIAA pairings with an explanation. The committee will determine if games not played will be considered a forfeit(s) or a no game(s). A team CANNOT forfeit a game to the other team under any circumstances.

From the BHS Athletics Handbook:

### Sportsmanship

     Bow High School is a community that is dedicated to good sportsmanship, positive ethics, and integrity in its students, athletes, and fans. Poor sportsmanship in any form will not be tolerated on the field of play, on the sidelines, or in the stands. BHS takes value in the Sportsmanship Ratings given through the NHIAA and will maintain a positive environment for every contest.

     It is the expectation of every fan to maintain a positive attitude, to treat players, coaches and officials with respect, and to cheer *for* their team as opposed to cheering *against* the other team. Fans are not to use the names or numbers of opposing teams, nor should they be trying to directly communicate or distract other players. Coaches should be encouraging good play from everyone and treating opposing teams and officials with respect. They should maintain professionalism in all that they do. Players must always be respectful of everyone involved in the contest. Unsportsmanlike behaviors that lead to penalties, fouls or ejections will not be tolerated and undoubtedly will result in additional penalties from the school. School sponsored activities take place for the student-athletes and school community as a whole. Strive to maintain positivity and not make it about anything or anyone else.