# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| KYLE FELLERS, ANTHONY FOOTE, NICOLE FOOTE, and ELDON RASH, | |
| Plaintiffs, | |
| v. | Case No. |
| MARCY KELLEY, Superintendent of Schools, State Administrative Unit 67, in her official and individual capacities; MICHAEL DESILETS, Athletic Director, Bow High School, in his official and individual capacities; MATT FISK, Principal, Bow High School, in his official and individual capacities; PHILLIP LAMY, Lieutenant, Bow Police Department, in his individual capacity; STEVE ROSSETTI, soccer referee, New Hampshire Interscholastic Athletic Association, in his individual capacity; and BOW SCHOOL DISTRICT; | |
| Defendants. | |

Pursuant to Local Rule 83.2(b), I, Richard J. Lehmann, hereby move this Court for an Order for the admission of Brett R. Nolan to practice *pro hac vice* for the purpose of representing plaintiffs Kyle Fellers, Anthony Foote, Nicole Foote, and Eldon Rash in the above-captioned action. In support of this motion, the undersigned states as follows:

1. The undersigned attorney, Richard J. Lehmann, is a member in good standing of the bars of the State of New Hampshire and this Court, has appeared in

this matter on behalf of plaintiffs, and will continue to represent plaintiffs in this matter if this motion is granted.

    2. The undersigned attorney, Richard J. Lehmann, shall at all times be actively associated with Attorney Nolan in this action.

    3. The Declaration of Brett R. Nolan is attached in support of this motion pursuant to LR 83.2(b)(1).

    4. This motion will be accompanied by payment of the fee required for admission.

    WHEREFORE, Richard J. Lehmann, counsel for plaintiffs Kyle Fellers, Anthony Foote, Nicole Foote, and Eldon Rash, respectfully requests that this Court admit Brett R. Nolan to practice before this Court *pro hac vice* as counsel for plaintiffs in this action.

Dated: September 30, 2024

Respectfully submitted,

/s/ Richard J. Lehmann
Richard J. Lehmann
New Hampshire Bar No. 9339
LEHMANN MAJOR LIST PLLC
6 Garvins Falls Road
Concord, New Hampshire 03301
Tel: (603) 731-5435
Fax: (720) 995-9156
rick@nhlawyer.com

*Counsel for Plaintiffs*