## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

---

|  |  |  |
|---|---|---|
| KYLE FELLERS, ANTHONY FOOTE, NICOLE FOOTE, and ELDON RASH, | : : : |  |
| Plaintiffs, | : : : | Case No. |
| v. | : : |  |
| MARCY KELLEY, Superintendent of Schools, State Administrative Unit 67, in her official and individual capacities; MICHAEL DESILETS, Athletic Director, Bow High School, in his official and individual capacities; MATT FISK, Principal, Bow High School, in his official and individual capacities; PHILLIP LAMY, Lieutenant, Bow Police Department, in his individual capacity; STEVE ROSSETTI, soccer referee, New Hampshire Interscholastic Athletic Association, in his individual capacity; and BOW SCHOOL DISTRICT; | : : : : : : : : : : : : : : : : : |  |
| Defendants. | : : |  |

---

### Declaration of Brett R. Nolan
### in Support of Motion to Admit Counsel *Pro Hac Vice*

I, Brett R. Nolan, declare as follows:

1. I am an attorney with the Institute for Free Speech, a nonprofit public interest law firm.

2. I submit this declaration in support of Richard J. Lehmann's motion for my admission to practice *pro hac vice* in the above-captioned matter.

3. I will be associated with Richard J. Lehmann in this matter.

4.  I am a member in good standing of the following jurisdictions and courts:

   a.  Commonwealth of Kentucky (2013);

   b.  District of Columbia (2023);

   c.  Supreme Court of the United States (2020)

   d.  U.S. Court of Appeals for the First Circuit (2023)

   e.  U.S. Court of Appeals for the Sixth Circuit (2014)

   f.  U.S. Court of Appeals for the Ninth Circuit (2021)

   g.  U.S. Court of Appeals for the Tenth Circuit (2023)

   h.  U.S. Court of Appeals for the Eleventh Circuit (2023)

   i.  U.S. Court of Appeals for the D.C. Circuit (2019)

   j.  U.S. District Court for the Eastern District of Kentucky (2014);

   k.  U.S. District Court for the Western District of Kentucky (2014);

   l.  U.S. District Court for the Middle District of Tennessee (2023)

   m. U.S. District Court for the District of Colorado (2023)

5.  I am in good standing and eligible to practice in every jurisdiction and court in which I am admitted to practice, and I am not currently suspended or disbarred in any jurisdiction.

6.  There are no pending disciplinary proceedings against me in any state or federal court, nor has any discipline ever been previously imposed on me.

7.  I have not been convicted of a felony or misdemeanor.

8.  I have not been censured, suspended, disbarred, or denied admission or readmission by any court.

9. I have never had *pro hac vice* status denied or revoked by any court.

10. My attorney bar number in the District of Columbia is 90014964, and my attorney bar number in Kentucky is 95617.

11. As a result, I respectfully request to be permitted to appear as counsel and advocate *pro hac vice* for Plaintiffs Kyle Fellers, Anthony Foote, Nicole Foote, and Eldon Rash.

Executed under penalty of perjury on September 29, 2024.

Brett R. Nolan
D.C. Bar No. 90014964
INSTITUTE FOR FREE SPEECH
1150 Connecticut Avenue, N.W., Suite 801
Washington, DC 20036
202.301.3300
bnolan@ifs.org

3