# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

KYLE FELLERS, et al.,

      Plaintiffs,

    v.

MARCY KELLEY, et al.

      Defendants.

Case No.

Pursuant to Local Rule 83.2(b), I, Richard Lehmann, hereby move this Court for an Order for the admission of Endel Kolde to practice *pro hac vice* for the purpose of representing plaintiffs Kyle Fellers, Anthony Foote, Nicole Foote, and Eldon Rash in the above-captioned action. In support of this motion, the undersigned states as follows:

1. The undersigned attorney, Richard Lehmann, is a member in good standing of the bars of the State of New Hampshire and this Court, has appeared in this matter on behalf of plaintiffs, and will continue to represent plaintiffs in this matter if this motion is granted.

2. The undersigned attorney, Richard Lehmann, shall at all times be actively associated with Endel Kolde in this action.

3. The Declaration of Endel Kolde is attached in support of this motion pursuant to LR 83.2(b)(1).

4. This motion will be accompanied by payment of the fee required for admission.

WHEREFORE, Richard Lehmann, counsel for plaintiffs Kyle Fellers, Anthony Foote, Nicole Foote, and Eldon Rash, respectfully requests that this Court admit Endel Kolde to practice before this Court *pro hac vice* as counsel for plaintiffs in this action.

Dated: September 30, 2024         Respectfully submitted,

By:      /s/ Richard J. Lehmann
         Richard J. Lehmann
         New Hampshire Bar No. 9339
         LEHMANN MAJOR LIST PLLC
         6 Garvins Falls Road
         Concord, New Hampshire 03301
         Tel: (603) 731-5435
         Fax: (720) 995-9156
         rick@nhlawyer.com


         *Counsel for Plaintiffs*