AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| | |
|---|---|
| KYLE FELLERS, ANTHONY FOOTE, NICOLE FOOTE, and ELDON RASH, <br><br> *Plaintiff(s)* <br> v. <br> MARCY KELLEY; MICHAEL DESILETS; MATT FISK; PHILLIP LAMY; STEVE ROSSETTI; and BOW SCHOOL DISTRICT, <br><br> *Defendant(s)* | Civil Action No. 1:24-cv-311-SM-AJ |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Marcy Kelley
> 37 Tower Hill Rd
> Sanbornton, NH 03269

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Richard J. Lehmann
> LEHMANN MAJOR LIST PLLC
> 6 Garvins Falls Road
> Concord, New Hampshire 03301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 09/30/2024

**with ECF Notice attached.**

**DANIEL J. LYNCH, Clerk**

**By: /s/ MeganCahill, Deputy Clerk**

**Sep 30, 2024**

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:24-cv-311-SM-AJ

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Marcy Kelley

was received by me on *(date)* September 30, 2024 .

☒ I personally served the summons on the individual at *(place)* 55 Falcon Way, Bow, NH

on *(date)* 09/30/24 at 6:02 PM ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____

on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: September 30, 2024

*Server's signature*

Thomas Vaughan - Process Server
*Printed name and title*

75 S Main St, 7302, Concord, NH 03301
*Server's address*

Additional information regarding attempted service, etc:
Served with Complaint and Exhibits

Print    Save As...    Reset