**Exhibit E**

