**Exhibit F**

Statement from the Superintendent 9/18/24 (From Marcy Kelley)

From: Bow High School Notifications (notifications@getalma.com)

To: kylefellers@yahoo.com

Date: Wednesday, September 18, 2024 at 01:18 PM EDT

Statement by Marcy Kelley, SAU 67 Superintendent

September 18, 2024

Good Afternoon,

I am writing to inform you about an incident that took place at Tuesday night's girls varsity soccer game at Bow High School against Plymouth High School.

Unfortunately, late in the game, play had to be stopped on the field for 10-15 minutes because of a form of protest taking place on the home side of the field. This conduct did not abide by our public conduct on school property policy. We reminded all soccer families of these expectations, by email, in advance of Tuesday's game.

Bow Police were present at the game and responded accordingly. In accordance with this policy, our administration will also take steps to address the matter.

One of our core values in Bow & Dunbarton School Districts is "Learning is our Focus." This core value extends beyond the walls of our classroom and in everything we do, even on the soccer field.

The topic of protest is a matter under federal court review in New Hampshire. Bow High School is not a party in this legal matter. The NHIAA sets the rules for all of our high school sports, and we will abide by them—or our athletes will face sanctions.

If you have any questions or concerns about the expectations for conduct from our students, athletes, and fans, you can read the Public Conduct on School Property policy **here**. I welcome any constructive questions and feedback you have about this policy or NHIAA Compliance.NHIAA Compliance.pdf

Marcy Kelley

This message was sent to you by Alma on behalf of Bow High School