Gmail                                                                                                Anthony Foote <anthony.c.foote@gmail.com>

**Notice of Designated Protest Area**

**Marcy Kelley** <mkelley@bownet.org>                                                                            Tue, Oct 1, 2024 at 10:33 AM
To: Marcy Kelley <mkelley@bownet.org>
Bcc: anthony.c.foote@gmail.com

Good Morning,

Attached you will find a Notice of a Designated Protest Area.  This is in an effort to limit distraction and keep the focus and attention on our student-athletes.

Please note, if protestors refuse to comply that may be deemed as disruptive and result in the game being suspended.  If you or somebody you know will be coming to protest, please share this message and share your support for these players by asking that they comply with protesting in the designated area.

We want to be able to continue to have spectators at our games for the rest of the season.

Thank you for your support of these outstanding student-athletes.

Let's Go Falcons!

Marcy Kelley


--
Marcy Kelley
Superintendent of Schools
SAU 67, Bow & Dunbarton School Districts
55 Falcon Way Bow, NH 03304
(603) 224-4728 EXT 201



notice of Designated Protest area.pdf
57K