## NOTICE of DESIGNATED PROTEST AREA

Good Afternoon Spectators and Visitors to the Bow School District:

In an effort to keep the focus on our student-athletes, we have created a designated area for protests and other free speech exercises, and we will direct any campus visitors who wish to engage in such activities to do so in the designated area.

The designated area will be in front of the scoreboard on the soccer field and will be marked. This area will allow parents and visitors who wish to protest to continue to view the BHS Girls Soccer Game. Use of the designated area is subject to the following restrictions:

- The designated area will be open for 30 minutes before and 30 minutes after the home BHS Girls Soccer game at Bow High School. There will be no designated area for protest outside of this timeframe.
- The designated area may not exceed 50 people.
- Users of the designated area may not obstruct or restrict the free movement of persons or vehicles on any part of District property, including the entry to or exit from District rights of way and/or parking lots.
- Users of the designated area may not threaten or endanger the safety of any person on District property.
- Users of the designated area may not use sound amplification.
- Users of the designated area may not install signage in the ground or cause damage to District property.

This is the only designated area for any visitors to engage in protests on any school District properties. Visitors to school property are subject to Board Policies, including KFA, KF-R, KH, and KHB. Violations to this regulation will result in removal from District property.