

**Bow High School Soccer Field**

**Exhibit M**