**Exhibit N**

 Outlook

### Re: meet

From  Marcy Kelley <mkelley@bownet.org>
Date  Sat 9/14/2024 12:29 PM
To    Phil Lamy <plamy@bownhpd.gov>
Cc    Michael Desilets <mdesilets@bownet.org>; Matt Fisk <mfisk@bownet.org>

Thank you, we appreciate it!

Marcy Kelley
Superintendent of Schools
SAU 67, Bow & Dunbarton School Districts
55 Falcon Way Bow, NH 03304
(603) 224-4728 EXT 201



On Sat, Sep 14, 2024 at 11:40 AM Phil Lamy <plamy@bownhpd.gov> wrote:
> I will be there Tuesday 9/17 at 3:00 pm for the girls soccer game.
>
> Phil
>
> **Lieutenant Phil Lamy**
> Lieutenant | Bow Police Department
> 7 Knox Road (physical)
> 10 Grandview Road (mailing)
> Bow, NH 03304
> 603.228.0511 dispatch
> 603.223-3950 non-emergency
> 603.223-3952 direct
> 603.228.2452 fax
> cid:image001.jpg@01D3834B.936C98F0
>
> This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. This communication may contain material protected by law. If you are not the intended recipient or the person responsible for delivering the e-mail to the intended recipient, be advised that you have received this e-mail in error and that any use, dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited and may be subject to criminal prosecution. If you have received this e-mail in error, please immediately notify me by telephone at 603-223-3950

All E-mails are for Official Town Business only and privacy should not be assumed. E-mails are public documents unless subject matter is protected by State or Federal Laws.

***LAW ENFORCEMENT SENSITIVE: Please note that if an Email I send is marked LAW ENFORCEMENT SENSITIVE and YOU are not a member of LAW ENFORCEMENT - YOU MAY NOT VIEW THAT PARTICULAR EMAIL***

---

**From:** Phil Lamy <plamy@bownhpd.gov>
**Sent:** Friday, September 13, 2024 6:11 AM
**To:** Marcy Kelley <mkelley@bownet.org>; Michael Desilets <mdesilets@bownet.org>; Matt Fisk <mfisk@bownet.org>
**Subject:** Re: meet

I will be over at noon

Thank you
Phil

### Lieutenant Phil Lamy

Lieutenant | Bow Police Department
7 Knox Road (physical)
10 Grandview Road (mailing)
Bow, NH 03304
603.228.0511 dispatch
603.223-3950 non-emergency
603.223-3952 direct
603.228.2452 fax



This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. This communication may contain material protected by law. If you are not the intended recipient or the person responsible for delivering the e-mail to the intended recipient, be advised that you have received this e-mail in error and that any use, dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited and may be subject to criminal prosecution. If you have received this e-mail in error, please immediately notify me by telephone at 603-223-3950

All E-mails are for Official Town Business only and privacy should not be assumed. E-mails are public documents unless subject matter is protected by State or Federal Laws.

***LAW ENFORCEMENT SENSITIVE: Please note that if an Email I send is marked LAW ENFORCEMENT SENSITIVE and YOU are not a member of LAW ENFORCEMENT - YOU MAY NOT VIEW THAT PARTICULAR EMAIL***

---

**From:** Marcy Kelley <mkelley@bownet.org>
**Sent:** Thursday, September 12, 2024 6:31 PM
**To:** Phil Lamy <plamy@bownhpd.gov>; Michael Desilets <mdesilets@bownet.org>; Matt Fisk <mfisk@bownet.org>
**Subject:** Re: meet

Hi Phil,

Thanks for getting back to me. How would noon work for you tomorrow? I've copied Matt Fisk and Mike Desilets here as well.

Marcy

On Thu, Sep 12, 2024 at 3:54 PM Phil Lamy <plamy@bownhpd.gov> wrote:
> Good afternoon,
>
> We had a crimeline event today. I will be in the office. I can come see you in the morning let me know what time works for you.
>
> Best Phil
>
> Lieutenant Phil Lamy
> Accreditation Manager
> Bow Police Department
> 7 Knox Road Bow, NH 03304
> 603 223-3952
>
> Get Outlook for iOS

---

**From:** Marcy Kelley <mkelley@bownet.org>
**Sent:** Thursday, September 12, 2024 8:28:56 AM
**To:** Phil Lamy <plamy@bownhpd.gov>
**Subject:** meet

Hi Lt. Lamy,

I know that Chief Miller is not in today or tomorrow (I think). I'm wondering if you would have time to meet today with our Athletic Director, BHS Principal and myself to discuss a girls soccer game next week where we would like extra support. Our opponent has an openly trans-female player and we have caught wind that our families are going to protest in some way.

If you have time, that would be great.

Marcy

--

Marcy Kelley
Superintendent of Schools
SAU 67, Bow & Dunbarton School Districts
55 Falcon Way Bow, NH 03304
(603) 224-4728 EXT 201



--
Marcy Kelley
Superintendent of Schools
SAU 67, Bow & Dunbarton School Districts
55 Falcon Way Bow, NH 03304
(603) 224-4728 EXT 201

