Merrimack County Sheriff's Office                             Page:    1
Call Number      Printed: 09/30/2024

**For Date: 09/17/2024  -  Tuesday**

| Call Number | Time | Call Reason | Action | Priority | Duplicate |
|---|---|---|---|---|---|
| 24-59898 | 1745 | Initiated - DISTURBANCE | Services Rendered | 1 | |

       Call Taker: BOWPTL - LAMY, PHILIP
     Call Source: Initiated
 Location/Address: [350 502] BOW HIGH SCHOOL - 55 FALCON WAY
     Initiated By: 352 - LAMY, PHILIP
 Party Entered By: 09/20/2024 1506 BOWPTL - LAMY, PHILIP
  Involved Party: FELLERS, KYLE ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
          Unit: 352  LAMY, PHILIP
                                            Arvd-17:45:00   Clrd-09/20/2024 @ 15:07:55
      Narrative: 09/20/2024 1506 LAMY, PHILIP

          Girls Soccer Game on Detail. School Admin removed parent
          from game for being disruptive. Ref stopped game until
          elderly male remove pink arm band. Male removed from game
          Kyle Feller of Bow.

          1823 hours after game Feller still in parking lot holding up
          blue sign asked to leave property. Spoken to and left.

**Exhibit O**

```
                    Merrimack County Sheriff's Office              Page:   1
                    Call Number      Printed: 09/30/2024
```

**For Date: 09/17/2024 - Tuesday**

| Call Number | Time | Call Reason | Action | Priority | Duplicate |
|---|---|---|---|---|---|
| 24-59119 | 1610 | Phone - POLICE INFORMATION CALL | OFFICER CALLED VIA PHONE | 3 | |

```
       Call Taker:   MCAES - SAUERHEBER, AMANDA
      Call Source:   Telephone
 Location/Address:   [350 350] BOW POLICE DEPARTMENT - 7 KNOX RD
 Party Entered By:   09/17/2024 1613 MCAES - SAUERHEBER, AMANDA
    Calling Party:   ███████████████████████████████████████████
             Unit:   BOWMDT2    HANDY, HARRY
                     Disp-16:13:06                    Clrd-19:33:51
        Narrative:   09/17/2024 1614 SAUERHEBER, AMANDA
                     ████ ADVISED ██ MOM TOLDER ██ ABOUT A FACEBOOK POST ██
                     SAW AROUND 3 THIS AFTERNOON WHERE IT SAID NAZIS ARE COMING
                     TO THE SOCCER GAME TODAY IN BOW AGAINST PLYMOUTH. ████
                     ADVISED THERE IS A TRANS PLAYER ON THE TEAM AND ██ IS
                     PRETTY SURE WHAT THE POST IS ABOUT. THE POST HAS BEEN TAKEN
                     DOWN AND ████████ ADVISED ██ KNOWS THE MOM OF THE TRANS
                     STUDENT AND ASKED IF ██ SHOULD CALL HER TO LET HER KNOW
                     WHAT IS GOING ON...I ADVISED TO WAIT UNTIL ██ HEARS FROM AN
                     OFFICER BEFORE MAKING PHONE CALLS...ADV 358
```