

**Exhibit P**