

Exhibit Q