USDCNH-96 (Rev. 7/14)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| Kyle Fellers et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.  1:24-cv-311-SM-AJ |
| Marcy Kelley, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Bow School District, Marcy Kelley, Michael Desilets, and Matt Fisk.

Date:  10/04/2024

/s/ Brian J.S. Cullen
*Attorney's signature*

Brian J.S. Cullen, NH Bar No. 11265
*Printed name and bar number*

Cullen Collimore Shirley PLLC
37 Technology Way, Suite 3W2
Nashua, NH 03060

*Address*

bcullen@cullencollimore.com
*E-mail address*

(603) 881-5500
*Telephone number*

(603) 881-5507
*FAX number*