USDCNH-96 (Rev. 7/14)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| | |
|---|---|
| Kyle Fellers et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:24-cv-311-SM-AJ |
| Marcy Kelley, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Bow School District, Marcy Kelley, Michael Desilets, and Matt Fisk.

Date:    10/04/2024

/s/ Jonathan M. Shirley
*Attorney's signature*

Jonathan M. Shirley, NH Bar No. 16494
*Printed name and bar number*

Cullen Collimore Shirley PLLC
37 Technology Way, Suite 3W2
Nashua, NH 03060

*Address*

jshirley@cullencollimore.com
*E-mail address*

(603) 881-5500
*Telephone number*

(603) 881-5507
*FAX number*