# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| KYLE FELLERS, ANTHONY FOOTE, NICOLE FOOTE, and ELDON RASH, <br><br>Plaintiffs, <br><br>v. <br><br>MARCY KELLEY, Superintendent of Schools, State Administrative Unit 67, in her official and individual capacities; MICHAEL DESILETS, Athletic Director, Bow High School, in his official and individual capacities; MATT FISK, Principal, Bow High School, in his official and individual capacities; PHILLIP LAMY, Lieutenant, Bow Police Department, in his individual capacity; STEVE ROSSETTI, soccer referee, New Hampshire Interscholastic Athletic Association, in his individual capacity; and BOW SCHOOL DISTRICT; <br><br>Defendants. | Case No. 1:24-cv-00311-SM-AJ |

## NOTICE OF APPEARANCE

Nathan J. Ristuccia of the law firm the Institute for Free Speech files this notice of appearance as counsel for Plaintiffs and is authorized to receive service of all pleadings, notices, orders, and other papers in the above-captioned matter on behalf of Plaintiffs, and requests CM/ECF notifications of filings in this case.

Dated: October 7, 2024                               Respectfully submitted,

/s/ Nathan J. Ristuccia
Nathan J. Ristuccia*[1]
INSTITUTE FOR FREE SPEECH
1150 Connecticut Ave., NW, Suite 801
Washington, D.C. 20036
(202) 301-3300
nristuccia@ifs.org

*Pro hac vice*

*Counsel for Plaintiff*

---

[1] Not a D.C. Bar Member but providing legal services in the District of Columbia exclusively before federal courts, as authorized by D.C. Ct. App. R. 49(c)(3).