# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

KYLE FELLERS, et al.

   Plaintiffs,

v.

MARCY KELLEY, et al.

   Defendants.

Case No. 1:24-cv-00311-SM-AJ

### NOTICE OF APPEARANCE

Endel Kolde of the Institute for Free Speech files this notice of appearance as counsel for all Plaintiffs and is authorized to receive service of all pleadings, notices, orders, and other papers in the above-captioned matter on behalf of Plaintiffs, and requests CM/ECF notifications of filings in this case.

Dated: October 7, 2024

    Respectfully submitted,

    /s/ Endel Kolde
    Endel Kolde*
    INSTITUTE FOR FREE SPEECH
    1150 Connecticut Ave., NW, Suite 801
    Washington, D.C. 20036
    (202) 301-3300
    dkolde@ifs.org

    *Pro hac vice*

    *Counsel for Plaintiff*