**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | | |
|---|---|---|
| KYLE FELLERS, *et al.*, | : | |
| Plaintiffs, | : | Case No. 1:24-cv-00311-SM-AJ |
| v. | : | |
| MARCY KELLEY, *et al.*, | : | |
| Defendants. | : | |

**NOTICE OF APPEARANCE**

Brett R. Nolan of the Institute for Free Speech enters his appearance as counsel for all Plaintiffs. Mr. Nolan is authorized to receive service of all pleadings, notices, orders, and other papers in the above-captioned matter on behalf of Plaintiffs, and requests CM/ECF notifications of filings in this case.

Dated: October 7, 2024

Respectfully submitted,

/s/ Brett R. Nolan
Brett R. Nolan*
INSTITUTE FOR FREE SPEECH
1150 Connecticut Ave., NW, Suite 801
Washington, D.C. 20036
(202) 301-3300
bnolan@ifs.org

*Pro hac vice*

*Counsel for Plaintiffs*