**Anthony Foote** <anthony.c.foote@gmail.com>  Tue, Sep 17, 2024 at 7:28 AM
To: Mike Desilets <mdesilets@bownet.org>, Nicole Foote <nicky75@comcast.net>, Kyle <kylefellers@yahoo.com>

Is this all you have to say about this game? You've proven yourselves weak, ineffective, and completely out of touch with real leadership.

This isn't "just another game"—not by a long shot. None of you had a single conversation with our team. None. You ignored us, and now you expect us to just go along with this?

I'm a leader, and a real leader doesn't stand by while their players are thrown into harm's way. You don't let biological males—who are stronger, faster, and more physically dominant—compete against women. And you don't sit around waiting for someone to get hurt before you take action.
Look at Reilly Gaines. Look at the Massachusetts basketball team, or the field hockey player who ended up with a fractured skull and missing teeth. Look at our own US women's national soccer team, humiliated by a group of 15-year-old boys. How many more examples do you need before you wake up?

I'm sick of your cowardice and your pandering. You'd rather be "woke" than do what's right. Where's your courage? Where's your integrity? Stand up for women, for real women, or get out of the way. Protect our daughters before someone else gets hurt.

It's no wonder this school has dropped to 19th in the state. You've lost sight of what matters, and we're all paying the price.

[Quoted text hidden]