# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| KYLE FELLERS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>MARCEY KELLEY, *et al.*,<br><br>Defendants. | Case No. 1:24-cv-311-SM-AJ |

## EXPEDITED MOTION FOR SCHEDULING ORDER RE HEARING-RELATED DEADLINES

The parties have conferred repeatedly by email about proposed deadlines related to the pending preliminary injunction and hearing on the merits set for November 21-22, 2024. The parties reached agreement on post-hearing deadlines, but were unable to reach agreement on pre-hearing deadlines or page limits. Plaintiffs' understanding of the parties' respective positions are set forth in the chart below and require resolution by the court.

The undersigned lead plaintiffs' counsel does not believe that further discussions between counsel will lead to a timely resolution of these issues without Court intervention. Plaintiffs respectfully request that the Court enter a scheduling order for hearing-related deadlines on an expedited basis and by October 25, 2024, if possible.

Setting deadlines and page limits will assist the parties in preparing for the hearing, provide for a more orderly hearing, and also promote greater transparency

regarding the parties' legal arguments and evidence. Those factors are particularly important in a case involving claims that government officials violated First Amendment rights and that those rights violations are ongoing.

| Hearing related event | Plaintiffs' position | Bow SD Defendants' Position as understood by Plaintiffs' counsel |
|---|---|---|
| Parties exchange witness and exhibit lists including expert witness disclosures (if any) for MPI hearing; provide copies of any exhibits not previously disclosed | November 7 | November 14 |
| Final pre-hearing/trial briefs due* | November 18; 10-page limit, excluding captions, signatures | November 18; no input provided on brief length |
| Parties file post-hearing briefs | December 16; page limits as per LR 7.1 for dispositive motions | December 16; no input provided on brief length |
| Parties file optional post-hearing reply briefs | December 13; page limits as per LR 7.1 for dispositive motion replies | December 13; no input provided on brief length |

*Plaintiffs expect the Bow S.D. Defendants to file a response to Plaintiffs' motion for preliminary injunction as required by LR 7.1 and as they previously stated they would. Dkt. 22 at 1 ("The District requests that it be permitted to respond more fully to the request for a preliminary injunction in accordance with L.R. 7.1(b) (providing 14 days to respond to motions)"). Plaintiffs will file a reply brief as per LR 7.1.

Dated: Oct. 17, 2024

*/s/ Endel Kolde*
Endel Kolde*
DC Bar No. 1782129
Brett R. Nolan*
DC Bar No. 90014964
Nathan Ristuccia*[1]
Virginia Bar No. 98372
INSTITUTE FOR FREE SPEECH
1150 Connecticut Avenue, N.W.
Suite 801
Washington, DC 20036
202.301.3300
dkolde@ifs.org
bnolan@ifs.org
nristuccia@ifs.org

\* Pro hac vice

Respectfully submitted,

By:   */s/ Richard J. Lehmann*
Richard J. Lehmann
New Hampshire Bar No. 9339
LEHMANN MAJOR LIST, PLLC
6 Garvins Falls Rd,
Concord, NH 03301
603.731.5435
rick@nhlawyer.com

---

[1] Not a D.C. Bar Member but providing legal services in the District of Columbia exclusively before federal courts, as authorized by D.C. Ct. App. R. 49(c)(3).