# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| KYLE FELLERS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MARCEY KELLEY, *et al.*, <br><br> Defendants. | Case No. 1:24-cv-311-SM-AJ |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT PHILLIP LAMY

In accordance with Fed. R. Civ. P. 41(a)(1)(A)(i), notice is hereby given that Plaintiffs voluntarily dismiss without prejudice all claims against defendant Phillip Lamy. All claims against all other Defendants remain unchanged.

Dated: Oct. 18, 2024     Respectfully submitted,

*/s/ Endel Kolde*  
Endel Kolde*  
DC Bar No. 1782129  
Brett Nolan*  
DC Bar No. 90014964  
Nathan Ristuccia*[1]  
Virginia Bar No. 98372  
INSTITUTE FOR FREE SPEECH  
1150 Connecticut Avenue, N.W.  
Suite 801  
Washington, DC 20036  
202.301.3300  
dkolde@ifs.org  
bnolan@ifs.org  
nristuccia@ifs.org  
* Pro hac vice

By:   */s/ Richard J. Lehmann*  
Richard J. Lehmann  
New Hampshire Bar No. 9339  
LEHMANN MAJOR LIST, PLLC  
6 Garvins Falls Rd,  
Concord, NH 03301  
603.731.5435  
rick@nhlawyer.com

---

[1] Not a D.C. Bar Member but providing legal services in the District of Columbia exclusively before federal courts, as authorized by D.C. Ct. App. R. 49(c)(3).