UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

*****************************
Kyle Fellers, et al            )
                               )
    Plaintiffs                 )
                               )
v.                             )    Case No. 1:24-cv-311-SM-AJ
                               )
Marcy Kelley, et al.           )
                               )
    Defendants                 )
*****************************

**ANSWER OF STEVE ROSSETTI**

NOW COMES Steve Rossetti, by and through undersigned counsel, and submits the following Answer to Plaintiffs' Complaint.

1. Admitted

2. Admitted

3. Admitted.

4. Admitted.

5. Admitted.

6. Admitted.

7. Admitted.

8. Admitted.

9. Admitted that defendant Rossetti is a soccer referee registered with the NHIAA.

10. Admitted.

11. Admitted.

- 2 -

12.     Admitted

13 through 18. These paragraphs contain allegations against the Bow School District and do not require an Answer from defendant Rossetti.

19.     Defendant Rossetti was not aware of the quoted policy as of September 17, 2024 but has reviewed it and does not dispute that the plaintiffs have quoted it accurately.

20.     Defendant Rossetti lacks sufficient information to form a belief about the truth of these allegations.

21.     Defendant Rossetti lacks sufficient information to form a belief about the truth of the first sentence in paragraph 21.  The second sentence is admitted.

22 through 43.  Defendant Rossetti lacks sufficient information to form a belief about the truth of these allegations.

44.     Admitted that defendant Rossetti stopped play, and that the stoppage lasted approximately 15 minutes. The remainder of paragraph 44 is denied.  By way of further answer, Rossetti states that he does not know the names of the plaintiffs and cannot match their names to the people he interacted with that day.  Rossetti admits saying something to the effect of "Why don't you the wrist band off so we can finish the game?" to one of the male plaintiffs.

45.     Denied as alleged.  Admitted that a brief meeting took place and that defendant Rossetti allowed the game to proceed when Bow School District officials determined that it was appropriate to do so.

46.     Defendant Rossetti lacks sufficient in formation to form a belief about the truth of these allegations.

47.     Defendant Rossetti lacks sufficient information to form a belief about the truth of these

- 3 -

allegations.

48.    Defendant Rossetti admits hearing statements consistent with the first sentence as people were heading to the parking lot. Defendant Rossetti denies that he had threatened to cancel the game.  Admitted that he called one of the male plaintiffs a "f***ing a**hole" and stating that" In 20 years your kids are going to hate you."  By way of further answer, he made that statement after coming upon Mr. Fellers exchanging words with co-referee Brian Murphy. Mr. Rossetti told Mr. Murphy not to waste his time and Mr. Fellers reiterated his support for "females competing only against females."  Mr. Rossetti told Mr. Fellers "This is not the time or place" and then made the statements admitted to above.

49.    Defendant Rossetti lacks sufficient information to form a belief about the truth of these allegations.

50.    Defendant Rossetti lacks sufficient information to form a belief about the truth of these allegations.

51 through 85.  Defendant Rossetti lacks sufficient information to form a belief about the truth of these allegations.

86.    Defendant Rossetti incorporates by reference his responses to paragraphs 1 through 85.

87 through 89.  Paragraphs 87 through 89 set forth legal conclusions and not allegations of fact.

90.    This paragraph contains allegations against the Bow School District Defendants and do not relate to defendant Rossetti.

91 through 93.  Paragraphs 91 through 93 set forth legal conclusions and not allegations of fact.

94.    Defendant Rossetti incorporates by reference his responses to paragraphs 1 through 93.

95.    Paragraph 95 sets forth legal conclusions and not allegations of fact.

- 4 -

96. Denied.

97. The first and third sentences are denied. The second sentence is admitted to the extent that Rossetti did confer with school officials to confirm that they were ready for the game to resume.

98. Denied that defendant Rossetti has any role in the issuance or enforcement of the orders.

99. Denied that defendant Rossetti was, or is, involved in any form of conspiracy with the other named defendants

                                        Respectfully submitted,

                                        STEVE ROSSETTI

                                        By his Attorneys:
                                        DUCHARME RESOLUTIONS, PLLC

                                        */s/Dennis T. Ducharme*

Dated: October 21, 2024        By: _____
                                        Dennis T. Ducharme Esq.
                                        20 Market Street, Suite 206
                                        Manchester, NH  03101
                                        (603) 935-7292
                                        NH Bar No. 683

## CERTIFICATE

I certify that on October 21, 2024, the within Answer was served on all counsel of record electronically by entry in the Court's electronic filing system.

                                        */s/ Dennis T. Ducharme*

                                        Dennis T. Ducharme Esq.