**Exhibit E**



**Anthony C Foote**
13 September at 12:44 · ⊘

···

On September 17, 2024, the BHS XX Lady Falcons soccer team will be required to face a team that includes a biological male on the roster. Despite Governor Chris Sununu's stance on protecting female athletes, the Federal Court has failed to enforce this decision, leaving our girls vulnerable.

While it's not the athlete's fault—who I believe is a victim of child abuse due to the administration of Medroxyprogesterone acetate (Depo-Provera)—the failure to uphold the Governor's decision by the legal system, the school board, and school administration is setting a dangerous precedent for women's sports.

Biological males have no place in women's sports. We need to protect the integrity and safety of female athletics.

Please come out to support our XX Lady Falcons and show your solidarity with our girls' team as they face this challenge.



👍❤️ Karolyn Domini, Michael Trefethen and 2 others          13 comments  2 shares

👍 Like          ◯ Comment          ↪ Share

View more comments