

**School Administrative Unit 67**
**Bow and Dunbarton, New Hampshire School Districts**
55 Falcon Way
Bow, NH 03304-4219

| Ms. Marcy Kelley | Mr. Duane C. Ford | Ms. Jessica Brown | Mr. Owen Harrington |
|---|---|---|---|
| Superintendent of Schools | Business Administrator | Director of Student Services | Director of Curriculum |

**Via Email and Certified Mail**

**NO TRESPASS ORDER – Addendum**

**September 26, 2024**

Kyle Fellers
Redacted: home address
Bow, NH 03304

Dear Mr. Fellers:

I am writing regarding the No Trespass Order issued on Wednesday, September 18, 2024, to clarify that the prohibition on entering the buildings, grounds, and property of the Bow School District **does not apply to Bow School Board meetings or public hearings, nor does it apply to attendance at School District budget hearings, School District annual or special meetings, or to voting/elections which take place on School District property. This prohibition also does not restrict your ability to be on school grounds for the limited purpose of participating in middle school parent pick-up and drop-off, high school pick-up and drop-off that is not related to girls soccer, open houses or parent/teacher meetings at your student's school.**

This NO TRESPASS Order will remain in effect **for the remainder of the fall sports season.** If you believe other exceptions should apply, please reach out to me directly. I will review this Order in 2 weeks to determine if the basis for the Order remains or if a change in your actions justifies rescinding the Order.

If you enter District property in violation of this order you will be arrested and prosecuted for Criminal Trespass under New Hampshire law, RSA 635:2. (copy attached). If you violate this order, the prohibition may also be extended until the end of the school year. A copy of the original Order and this Addendum have been provided to the Bow Police.

Please direct any questions regarding this Order to my office.

Sincerely,

*[signature]*

Marcy Kelley, Superintendent of Schools

---

Phone: 603-224-4728          Website: www.bownet.org          Fax: 603-224-4111