UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

```
*****************************
Kyle Fellers, et al           )
                              )
        Plaintiffs            )
                              )
v.                            )        Case No. 1:24-cv-311-SM-AJ
                              )
Marcy Kelley, et al.          )
                              )
        Defendants            )
*****************************
```

# NOTICE OF NO POSITION ON PLAINTIFFS' REQUESTS FOR INJUNCTIVE RELIEF

NOW COMES Steve Rossetti, by and through undersigned counsel, and submits the following Notice that he takes no position on plaintiffs' requests for injunctive relief.

1. Plaintiffs' Complaint speaks to events occurring before, during, and after the September 17, 2024 soccer game at issue in this case.

2. The vast majority of the allegations made concern conduct of Bow School District employees regarding their enforcement of school district policies.

3. Steve Rossetti is not an employee, agent or representative of The Bow School District.

4. He is an independent contractor whose connection to the facts of the case began and ended on September 17, 2024.

5. His actions on September 17, 2024 were not taken under color of law.

6. Steve Rossetti has no authority to make or enforce policy for the Bow School District.

7. He takes no position on plaintiffs' prayers for relief set forth in sections 1 and 2

- 2 -

of their Amended Complaint.

8.	He denies any responsibility for compensatory damages or attorney fees plaintiffs claim are the result the Bow defendants applying or enforcing school policies, issuing No Trespass Orders or establishing Designated Protest Areas.

9.	He generally denies plaintiffs' claims and waives none of the responses set forth in his Answer to the Amended Complaint.

                                        Respectfully submitted,

                                        STEVE ROSSETTI

                                        By his Attorneys:
                                        DUCHARME RESOLUTIONS, PLLC


                                        */s/Dennis T. Ducharme*
Dated: November 4, 2024         By:     _____
                                        Dennis T. Ducharme Esq.
                                        20 Market Street, Suite 206
                                        Manchester, NH  03101
                                        (603) 935-7292
                                        NH Bar No. 683

## CERTIFICATE

I certify that on November 4, 2024, the within Answer was served on all counsel of record electronically by entry in the Court's electronic filing system.

                                        */s/ Dennis T. Ducharme*

                                        Dennis T. Ducharme Esq.