

**Exhibit I**

School Administrative Unit 67
Bow and Dunbarton, New Hampshire School Districts
55 Falcon Way
Bow, NH 03304-4219

| Ms. Marcy Kelley | Mr. Duane C. Ford | Ms. Jessica Brown | Mr. Owen Harrington |
|---|---|---|---|
| Superintendent of Schools | Business Administrator | Director of Student Services | Director of Curriculum |

**Via Email and Certified Mail**

**NO TRESPASS ORDER – Addendum**

**September 25, 2024**

Kyle Fellers
Redacted: home address
Bow, NH 03304

Dear Mr. Fellers:

I am writing regarding the No Trespass Order issued on Wednesday, September 18, 2024, to clarify that the prohibition on entering the buildings, grounds, and property of the Bow School District **does not apply to Bow School Board meetings or public hearings, nor does it apply to attendance at School District budget hearings, School District annual or special meetings, or to voting/elections which take place on School District property. This prohibition also does not restrict your ability to be on school grounds for the limited purpose of participating in middle school parent pick-up, open houses or parent/teacher meetings at your student's school.**

This NO TRESPASS Order will remain in effect **for the remainder of the fall sports season.** If you believe other exceptions should apply, please reach out to me directly. I will review this Order in 2 weeks to determine if the basis for the Order remains or if a change in your actions justifies rescinding the Order.

If you enter District property in violation of this order you will be arrested and prosecuted for Criminal Trespass under New Hampshire law, RSA 635:2. (copy attached). If you violate this order, the prohibition may also be extended until the end of the school year. A copy of the original Order and this Addendum have been provided to the Bow Police.

Please direct any questions regarding this Order to my office.

Sincerely,

*[signature]*

Marcy Kelley, Superintendent of Schools

Phone: 603-224-4728   Website: www.bownet.org   Fax: 603-224-4111

# TITLE LXII
# CRIMINAL CODE

## CHAPTER 635
## UNAUTHORIZED ENTRIES

### Section 635:2

**635:2 Criminal Trespass. –**

I. A person is guilty of criminal trespass if, knowing that he is not licensed or privileged to do so, he enters or remains in any place.

II. Criminal trespass is a misdemeanor for the first offense and a class B felony for any subsequent offense if the person knowingly or recklessly causes damage in excess of $1,500 to the value of the property of another.

III. Criminal trespass is a misdemeanor if:

(a) The trespass takes place in an occupied structure as defined in RSA 635:1, III; or

(b) The person knowingly enters or remains:

(1) In any secured premises;

(2) In any place in defiance of an order to leave or not to enter which was personally communicated to him by the owner or other authorized person;

(3) In any place in defiance of any court order restraining him from entering such place so long as he has been properly notified of such order; or

(4) On any grounds, lands, or parking areas of any state correctional facility or transitional housing unit operated by the department of corrections without prior authorization or without a legitimate purpose associated with department of corrections operations.

IV. All other criminal trespass is a violation.

V. In this section, "secured premises" means any place which is posted in a manner prescribed by law or in a manner reasonably likely to come to the attention of intruders, or which is fenced or otherwise enclosed in a manner designed to exclude intruders.

VI. In this section, "property," "property of another," and "value" shall be as defined in RSA 637:2, I, IV, and V, respectively.

**Source.** 1971, 518:1. 1979, 377:7. 2005, 125:1. 2010, 239:2, eff. July 1, 2010. 2020, 37:41, eff. Sept. 27, 2020.