UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

*****************************
| | |
|---|---|
| Kyle Fellers, et al | ) |
| | ) |
|     Plaintiffs | ) |
| | ) |
| v. | )    Case No. 1:24-cv-311-SM-AJ |
| | ) |
| Marcy Kelley, et al. | ) |
| | ) |
|     Defendants | ) |

*****************************

## WITNESS AND EXHIBIT LIST OF STEVE ROSSETTI

NOW COMES Steve Rossetti, by and through undersigned counsel, and submits the following Witness and Exhibit List for the hearing scheduled for November 21 and 22, 2024 in the above matter.

### WITNESSES

1. Steve Rossetti, Bow, NH.

2. Brian Murphy, Concord, NH.

### EXHIBITS

1. Body Cam Video of Bow Police Lieutenant

- 1 -

        Respectfully submitted,

        STEVE ROSSETTI

        By his Attorneys:
        DUCHARME RESOLUTIONS, PLLC

        */s/Dennis T. Ducharme*

Dated: November 14, 2024    By:  _____
        Dennis T. Ducharme Esq.
        20 Market Street, Suite 206
        Manchester, NH  03101
        (603) 935-7292
        NH Bar No. 683

## CERTIFICATE

I certify that on November 14, 2024, the within Witness and Exhibit List was served on all counsel of record electronically by entry in the Court's electronic filing system.

        */s/ Dennis T. Ducharme*

        Dennis T. Ducharme Esq.