UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Kyle Fellers, Anthony Foote,
Nicole Foote, and Eldon Rash,

       Plaintiffs,

v.

Marcy Kelley, Michael Desilets, Matt Fisk,
Bow School District, Philip Lamy & Steve
Rossetti,

       Defendants.

Case No.  1:24-cv-311-SM-AJ

## <u>DEFENDANTS' WITNESS LIST</u>

NOW COME the Defendants, Bow School District, Marcy Kelley, Michael Desilets and Matthew Fisk, by and through their attorneys, Cullen Collimore Shirley PLLC, and respectfully submit the following list of witnesses in this matter:

    A.    Defendants expects to call the following witnesses:

      1.  Michael Desilets

      2.  Matthew Fisk

      3.  Marcy Kelley

    B.    Defendants may call the following witnesses:

      4.  Ayla Currier

      5.  Shannon Farr

      6.  Sgt. Harry Handy

      7.  Dr. Daniel Karasic

      8.  Bryce Larabee

      9.  Brian Murphy

10. Stephen Rosetti

Defendants reserve the right to call any witnesses on Plaintiffs' witness list, including but not limited to the named Plaintiffs, and any witnesses necessary for rebuttal testimony.

Respectfully submitted,

BOW SCHOOL DISTRICT,
MARCY KELLEY, MICHAEL DESILETS and
MATTHEW FISK

By their attorneys,

CULLEN COLLIMORE SHIRLEY PLLC

Dated:  November 14, 2024          /s/ Brian J. S. Cullen
                                   Brian J.S. Cullen, NH Bar 11265
                                   Jonathan M. Shirley, NH Bar 16494
                                   37 Technology Way, Suite 3W2
                                   Nashua, NH 03060
                                   (603) 881-5500
                                   bcullen@cullencollimore.com
                                   jshirley@cullencollimore.com

## CERTIFICATE OF SERVICE

I certify that a copy of this filing was served via email upon counsel of record.

Dated:  November 14, 2024          /s/ Brian J.S. Cullen
                                   Brian J.S. Cullen