# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| KYLE FELLERS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>MARCEY KELLEY, *et al.*,<br><br>Defendants. | Case No. 1:24-cv-311-SM-AJ |

## PLAINTIFFS' LIST OF WITNESSES

Plaintiffs designate the following witnesses (will call, unless otherwise indicated):

1. Kyle Fellers
2. Anthony Foote
3. Nicole Foote
4. Eldon Rash
5. Marcy Kelley
6. Mike Desilets
7. Steve Rossetti
8. Matthew Fisk (may call)
9. Phillip Lamy (may call, standby only)[1]
10. Ben Forbes (may call, standby only)

---

[1] Based on Bow S.D.'s counsel's email that he will not dispute the authenticity or admissibility of the bodycam videos, Plaintiffs designate Lamy as a may call, not will call witness.

In addition to the witnesses identified above, Plaintiffs hereby cross-designate any witness identified by Defendants.

Dated: November 15, 2024

| | |
|---|---|
| */s/ Endel Kolde* <br> Endel Kolde* <br> DC Bar No. 1782129 <br> Brett Nolan* <br> DC Bar No. 90014964 <br> Nathan Ristuccia*[2] <br> Virginia Bar No. 98372 <br> INSTITUTE FOR FREE SPEECH <br> 1150 Connecticut Avenue, N.W. <br> Suite 801 <br> Washington, DC 20036 <br> 202.301.3300 <br> dkolde@ifs.org <br> bnolan@ifs.org <br> nristuccia@ifs.org <br><br> * Pro hac vice | By:  */s/ Richard J. Lehmann* <br> Richard J. Lehmann <br> New Hampshire Bar No. 9339 <br> LEHMANN MAJOR LIST, PLLC <br> 6 Garvins Falls Rd, <br> Concord, NH 03301 <br> 603.731.5435 <br> rick@nhlawyer.com |

---

[2] Not a D.C. Bar Member but providing legal services in the District of Columbia exclusively before federal courts, as authorized by D.C. Ct. App. R. 49(c)(3).

2