UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| KYLE FELLERS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MARCEY KELLEY, *et al.*, <br><br> Defendants. | Case No. 1:24-cv-311-SM-AJ |

PLAINTIFFS' LIST OF WITNESSES

Plaintiffs designate the following witnesses (will call, unless otherwise indicated):

1. ✓ Kyle Fellers — 11/21/24
2. ✓ Anthony Foote — 11/21/24
3. Nicole Foote
4. ✓ Eldon Rash — 11/22/24
5. ✓ Marcy Kelley — 11/22/24
6. ✓ Mike Desilets — 11/22/24
7. ✓ Steve Rossetti — 11/22/24
8. ✓ Matthew Fisk (may call) — 11/22/24
9. Phillip Lamy (may call, standby only)[1]
10. Ben Forbes (may call, standby only)

---

[1] Based on Bow S.D.'s counsel's email that he will not dispute the authenticity or admissibility of the bodycam videos, Plaintiffs designate Lamy as a may call, not will call witness.

In addition to the witnesses identified above, Plaintiffs hereby cross-designate any witness identified by Defendants.

Dated: November 15, 2024

| | |
|---|---|
| /s/ Endel Kolde<br>Endel Kolde*<br>DC Bar No. 1782129<br>Brett Nolan*<br>DC Bar No. 90014964<br>Nathan Ristuccia*[2]<br>Virginia Bar No. 98372<br>INSTITUTE FOR FREE SPEECH<br>1150 Connecticut Avenue, N.W.<br>Suite 801<br>Washington, DC 20036<br>202.301.3300<br>dkolde@ifs.org<br>bnolan@ifs.org<br>nristuccia@ifs.org<br><br>* Pro hac vice | By:   /s/ Richard J. Lehmann<br>Richard J. Lehmann<br>New Hampshire Bar No. 9339<br>LEHMANN MAJOR LIST, PLLC<br>6 Garvins Falls Rd,<br>Concord, NH 03301<br>603.731.5435<br>rick@nhlawyer.com |

---

[2] Not a D.C. Bar Member but providing legal services in the District of Columbia exclusively before federal courts, as authorized by D.C. Ct. App. R. 49(c)(3).

2