UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| Kyle Fellers, Anthony Foote, Nicole Foote, and Eldon Rash,<br><br>Plaintiffs,<br><br>v.<br><br>Marcy Kelley, Michael Desilets, Matt Fisk, Bow School District, Philip Lamy & Steve Rossetti,<br><br>Defendants. | Case No. 1:24-cv-311-SM-AJ |

### DEFENDANTS' WITNESS LIST

NOW COME the Defendants, Bow School District, Marcy Kelley, Michael Desilets and Matthew Fisk, by and through their attorneys, Cullen Collimore Shirley PLLC, and respectfully submit the following list of witnesses in this matter:

A. Defendants expects to call the following witnesses:

1. Michael Desilets – 11/22/24
2. Matthew Fisk – 11/22/24
3. Marcy Kelley – 11/22/24

B. Defendants may call the following witnesses:

4. Ayla Currier
5. Shannon Farr
6. Sgt. Harry Handy
7. Dr. Daniel Karasic
8. Bryce Larabee
9. Brian Murphy

10. Stephen Rosetti

Defendants reserve the right to call any witnesses on Plaintiffs' witness list, including but not limited to the named Plaintiffs, and any witnesses necessary for rebuttal testimony.

>Respectfully submitted,
>
> BOW SCHOOL DISTRICT,
> MARCY KELLEY, MICHAEL DESILETS and
> MATTHEW FISK
>
> By their attorneys,
>
> CULLEN COLLIMORE SHIRLEY PLLC

Dated: November 14, 2024

/s/ Brian J. S. Cullen
Brian J.S. Cullen, NH Bar 11265
Jonathan M. Shirley, NH Bar 16494
37 Technology Way, Suite 3W2
Nashua, NH 03060
(603) 881-5500
bcullen@cullencollimore.com
jshirley@cullencollimore.com

### CERTIFICATE OF SERVICE

I certify that a copy of this filing was served via email upon counsel of record.

Dated: November 14, 2024

/s/ Brian J.S. Cullen
Brian J.S. Cullen