UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| KYLE FELLERS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>MARCEY KELLEY, *et al.*,<br><br>Defendants. | Case No. 1:24-cv-311-SM-AJ |

### PLAINTIFFS' EXHIBIT LIST

| | | |
|---|---|---|
| 1. Plaintiffs' Ex. A (Dkt. 14-7): Policy KFA | Agreed | –11/21/24 |
| 2. Plaintiffs' Ex. B (Dkt. 14-8): Desilets Email re September 17 game | Agreed | –11/21/24 |
| 3. Plaintiffs' Ex. C (Dkt. 14-9): Extracts from Handbook and NHIAA Policies | Agreed | |
| 4. Plaintiffs' Ex. D (Dkt. 14-10): Photo of Wristband | Agreed | –11/21/24 |
| 5. Plaintiffs' Ex. E (Dkt. 14-11): Foote Facebook Post | Agreed | –11/21/24 |
| 6. Plaintiffs' Ex. F (Dkt. 14-12): Statement from Superintendent Kelley | Agreed | |
| 7. Plaintiffs' Ex. G (Dkt. 14-13): Foote No Trespass Order | Agreed | |
| 8. Plaintiffs' Ex. H (Dkt. 14-14): Fellers No Trespass Order | Agreed | –11/21/24 |
| 9. Plaintiffs' Ex. I (Dkt. 14-15): First Addendum to Fellers Order | Agreed | |
| 10. Plaintiffs' Ex. J (Dkt. 14-16): Second Addendum to Fellers Order | Agreed | |

| | |
|---|---|
| 11. Plaintiffs' Ex. K (Dkt. 14-17): Kelley Email re Designated Protest Area | ID only |
| 12. Plaintiffs' Ex. L (Dkt. 14-18): Notice of Designated Protest Area | ID only |
| 13. Plaintiffs' Ex. M (Dkt. 14-19): Map of Soccer Field and Parking Lot | ~~ID only~~ —11/21/24 —11/22/24 |
| 14. Plaintiffs' Ex. N (Dkt. 14-20): Emails between Kelley and Lt. Lamy | Agreed |
| 15. Plaintiffs' Ex. O (Dkt. 14-21): Bow Police Department Call Record | ~~ID~~ only |
| 16. Plaintiffs' Ex. P (Dkt. 14-22): Photo of Field from Designated Protest Area | ID only |
| 17. Plaintiffs' Ex. Q (Dkt. 14-23): Photo of Designated Area from Sidelines | ID only |
| 18. Defendants' Ex. A (Dkt. 22-2): Foote Email on September 17 game | Agreed —11/21/24 |
| 19. Defendants' Ex. B (Dkt. 22-3): Photo of Wristbands Pile | Agreed —11/21/24 |
| 20. First Bow Police Bodycam Video from sidelines of Sept. 17 game | Agreed —11/21/24 |
| 21. Second Bow Police Bodycam Video from parking lot of Sept. 17 game. | Agreed —11/21/24 |
| 22. Andy Foote cell-phone video from sidelines of Sept. 17 game (IMG_7819) | Agreed |
| 23. Photo of Bow girls' varsity soccer team wearing pink warm up jerseys | Agreed |
| 24. Photo of Bow HS cheerleaders wearing pink tops on school track | Agreed |

2

| | |
|---|---|
| 25. Photo of Progress Pride Flag in Bow HS music room from social media (faces redacted) | Agreed |
| 26. Photo of Pride Flag in Bow HS music room | Agreed |
| 27. Photo of gray car with political bumper stickers parked on Bow SD property | Agreed |
| 28. Photo of black car with political bumper stickers and personalized plate parked on Bow SD property | Agreed |
| 29. Photo of blue car with political bumper stickers parked on Bow SD property | Agreed |
| 30. Photo of silver car with political bumper stickers parked on Bow SD property | Agreed |
| 31. Senate Education Committee Report with summary of Parker Tirrell's testimony re trans issues | ~~ID~~ only |
| 32. Sept. 17 morning email from Fisk to Desilets (with copy to Kelley) | Agreed |
| 33. Sept. 19 Kelley email re enforcement of NTOs against Fellers and Foote | Agreed |
| 34. Sept. 20 email between Kelley and Chief Miller about homecoming game | Agreed |
| 35. Email from Nicole Foote to School Admin. re: Title 9 lawsuit | — 11/22/24 |

Dated: November 18, 2024

/s/ Endel Kolde                   By:   /s/ Richard J. Lehmann
Endel Kolde*                             Richard J. Lehmann
DC Bar No. 1782129                       New Hampshire Bar No. 9339
Brett Nolan*                             LEHMANN MAJOR LIST, PLLC
DC Bar No. 90014964                      6 Garvins Falls Rd,

Nathan Ristuccia*[1]
Virginia Bar No. 98372
INSTITUTE FOR FREE SPEECH
1150 Connecticut Avenue, N.W.
Suite 801
Washington, DC 20036
202.301.3300
dkolde@ifs.org
bnolan@ifs.org
nristuccia@ifs.org

Concord, NH 03301
603.731.5435
rick@nhlawyer.com

* Pro hac vice

---

[1] Not a D.C. Bar Member but providing legal services in the District of Columbia exclusively before federal courts, as authorized by D.C. Ct. App. R. 49(c)(3).

4