UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Kyle Fellers, Anthony Foote,
Nicole Foote, and Eldon Rash,

    Plaintiffs,

v.

Marcy Kelley, Michael Desilets, Matt Fisk,
Bow School District & Steve Rossetti,

    Defendants.

Case No. 1:24-cv-311-SM-AJ

### DEFENDANTS' REVISED LIST OF EXHIBITS

NOW COME Defendants, Bow School District, Marcy Kelley, Michael Desilets and Matthew Fisk, by and through their attorneys, Cullen Collimore Shirley PLLC, and respectfully submit the following list of exhibits for submission in this matter:

A. April 19, 2024, US Dept. of Education Press Release re: Educational Equity and Opportunity [ID only]

B. April 23, 2024, Drummond Woodsum Client Alert re: New Title IX regulations [ID only]

C. Bow School District 2024 Title IX policy AC

D. Bow School District 2024 Title IX policy ACAC

E. Email K. Fellers to Kelley, et. al. Aug. 1, 2024 (11:04 AM) — 11/21/24

F. Email S. Farr to Desilets Sept. 11, 2024 — 11/21/24

G. Email N. Foote to Desilets Aug. 29, 2024 and responses

H. Emails Desilets to N. Foote Sept. 13, 2024

I. Email Desilets to Soccer Families Sept. 16 2024 (6:30 PM) with attachment — 11/22/24

J. Email K. Fellers to Kelly Sept. 18, 2024 — 11/21/24

K. Email A. Foote to J Vogt, August 23, 2024 — 11/22/24

Defendants reserve the right to use any of the exhibits listed by Plaintiffs in their Exhibit List but do not waive any objection to the admissibility of those exhibits. Defendants reserve the right to amend or add to this list with appropriate notification to Plaintiffs, and to rely on additional documents for cross-examination, impeachment and rebuttal.

        Respectfully submitted,

        BOW SCHOOL DISTRICT,
        MARCY KELLEY, MICHAEL DESILETS and
        MATTHEW FISK

        By their attorneys,

        CULLEN COLLIMORE SHIRLEY PLLC

Dated: November 18, 2024        /s/ Brian J. S. Cullen
        Brian J.S. Cullen, NH Bar 11265
        Jonathan M. Shirley, NH Bar 16494
        37 Technology Way, Suite 3W2
        Nashua, NH 03060
        (603) 881-5500
        bcullen@cullencollimore.com
        jshirley@cullencollimore.com

## **CERTIFICATE OF SERVICE**

I certify that a copy of this filing was served by ECT and email upon counsel of record.

Dated: November 18, 2024        /s/ Brian J.S. Cullen
        Brian J.S. Cullen