UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| Kyle Fellers, Anthony Foote, Nicole Foote, and Eldon Rash,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>Marcy Kelley, Michael Desilets, Matt Fisk, Bow School District, Philip Lamy & Steve Rossetti,<br><br>　　　　Defendants. | Case No.  1:24-cv-311-SM-AJ |

### MOTION TO EXTEND TIME TO FILE A REPLY TO PLAINTIFFS' POST HEARING BRIEF

NOW COMES Defendant Bow School District ("District"), by and through counsel, hereby files this Motion to Extend time to file a Reply to Plaintiffs' Post Hearing Brief by one (1) day to December 18, 2024.  In support hereof Defendant states.

1. Due to an oversight counsel miscalendared the date of the reply as December 18, 2024.  Counsel believes a reply would benefit the Court and has attached the proposed Reply as Exhibit 1 hereto.

2. Plaintiff's Counsel has indicated he does not oppose this Motion.

WHEREFORE, Defendant respectfully requests that this Honorable Court:

　A. Extend the time to file is Reply to Plaintiffs' Post Hearing Brief to December 18, 2024; and

　B. Grant such further relief as justice requires.

    Respectfully submitted,

BOW SCHOOL DISTRICT

By its attorneys,

CULLEN COLLIMORE SHIRLEY PLLC

Dated: December 17, 2024      /s/ Brian J.S. Cullen
Brian J.S. Cullen, NH Bar 11265
Jonathan M. Shirley, NH Bar 16494
37 Technology Way, Suite 3W2
Nashua, NH 03060
(603) 881-5500
bcullen@cullencollimore.com
jshirley@cullencollimore.com

## CERTIFICATE OF SERVICE

    I certify that a copy of this filing was served via the Court's ECF filing system upon counsel of record.

Dated: December 17, 2024      /s/ Brian J.S. Cullen
Brian J.S. Cullen