# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| KYLE FELLERS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MARCY KELLEY, *et al.*, <br><br> Defendants. | Case No. 1:24-cv-311-SM-AJ |

### STIPULATION OF DISMISSAL OF DEFENDANT STEVE ROSSETTI

In accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii), all parties hereby stipulate to the voluntary dismissal with prejudice of defendant Steve Rossetti from this case. All parties will bear their own fees and costs with respect to Defendant Rossetti's involvement in this case. All existing claims against all other Defendants remain unchanged.

Dated: January 3, 2025          Respectfully submitted,

*/s/ Endel Kolde*                By:    */s/ Richard J. Lehmann*
Endel Kolde*                            Richard J. Lehmann
DC Bar No. 1782129                      New Hampshire Bar No. 9339
Brett Nolan*                            LEHMANN MAJOR LIST, PLLC
DC Bar No. 90014964                     6 Garvins Falls Rd
Nathan Ristuccia*[1]                    Concord, NH 03301
Virginia Bar No. 98372                  603.731.5435
INSTITUTE FOR FREE SPEECH               rick@nhlawyer.com
1150 Connecticut Avenue, N.W.
Suite 801
Washington, DC 20036
202.301.3300
dkolde@ifs.org

---

[1] Not a D.C. Bar Member but providing legal services in the District of Columbia exclusively before federal courts, as authorized by D.C. Ct. App. R. 49(c)(3).

bnolan@ifs.org
nristuccia@ifs.org
\* Pro hac vice

*Counsel for Plaintiffs*


/s/ Dennis T. Ducharme
Dennis T. Ducharme, Esq.
NH Bar No. 683
20 Market Street, Suite 206
Manchester, NH 03101
(603) 935-7292
dennis@ducharmeresolutions.com

*Counsel for Defendant Rossetti*

/s/ Brian J.S. Cullen
Brian J.S. Cullen
NH Bar 11265
Jonathan M. Shirley
NH Bar 16494
37 Technology Way, Suite 3W2
Nashua, NH 03060
(603) 881-5500
bcullen@cullencollimore.com
jshirley@cullencollimore.com

*Counsel for Defendants Kelly, Desilets, Fisk, and Bow School District*

2