Bow AthleticsGirls Varsity Lacrosse

**Exhibit R**

| | Date & Time | Opponent(s) | Event Title | Facility | Depart Time | Score |
|---|---|---|---|---|---|---|
| Away(A) | 04/14/25 4:00 PM | vs Concord Christian Academy | | | | |
| Away(A) | 04/16/25 4:00 PM | vs Laconia HS | | | | |
| Away(A) | 04/18/25 4:00 PM | vs Gilford HS | | | | |
| Home(H) | 04/21/25 4:00 PM | vs Hopkinton Middle/High School | | | | |
| Away(A) | 04/23/25 4:00 PM | vs St. Thomas Aquinas HS | | | | |
| Home(H) | 05/05/25 4:00 PM | vs Kearsarge Regional HS | | | | |
| Away(A) | 05/09/25 4:00 PM | vs ConVal HS | | | | |
| Home(H) | 05/12/25 4:00 PM | vs Pembroke Academy | | | | |
| Away(A) | 05/14/25 4:00 PM | vs Coe-Brown Northwood Academy | | | | |
| Home(H) | 05/15/25 4:00 PM | vs Londonderry Athletics | | | | |
| Home(H) | 05/16/25 4:00 PM | vs Inter-lakes HS | | | | |
| Home(H) | 05/19/25 4:00 PM | vs John Stark Regional HS | | | | |
| Home(H) | 05/21/25 4:00 PM | vs Bishop Brady HS | | | | |
| Away(A) | 05/23/25 4:00 PM | vs Pelham HS | | | | |

| | Date & Time | Opponent(s) | Event Title | Facility | Depart Time | Score |
|---|---|---|---|---|---|---|
| Home(H) | 05/30/25 4:00 PM | vs Milford HS | | | | |