**Exhibit S**

Bow Athletics Girls Middle School Lacrosse

|  | Date & Time | Opponent(s) | Event Title | Facility | Depart Time | Score |
|---|---|---|---|---|---|---|
| Away(A) | 04/15/25 4:15 PM | **vs Amherst Middle School** |  |  | 02:50 PM |  |
| Away(A) | 04/17/25 5:00 PM | **vs Mountain View Middle School** |  |  |  |  |
| Home(H) | 04/22/25 4:00 PM | **vs Hollis Brookline MS** |  |  |  |  |
| Away(A) | 04/24/25 4:00 PM | **vs Rundlett Middle School** |  |  | 03:15 PM |  |
| Home(H) | 05/08/25 5:15 PM | **vs Timberlane Regional Schools** |  |  |  |  |
| Away(A) | 05/13/25 3:30 PM | **vs Ross A. Lurgio Middle School** |  |  | 02:35 PM |  |
| Home(H) | 05/15/25 5:15 PM | **vs Londonderry Athletics** |  |  |  |  |
| Home(H) | 05/20/25 4:00 PM | **vs Milford Middle School** |  |  |  |  |