# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| KYLE FELLERS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MARCY KELLEY, *et al.*, <br><br> Defendants. | Case No. 1:24-cv-311-SM-AJ |

### ORDER GRANTING MOTION TO EXPEDITE

BEFORE THE COURT is Plaintiffs' Motion to Expedite Consideration of Pending Motion for Preliminary Injunction, Dkt. 14. After consideration of the parties' submissions and the record in this case, and being fully advised, the Court finds that the motion should be and is hereby GRANTED.

The Court will expedite its consideration of Plaintiffs' motion for a preliminary injunction and will issue its decision on that motion before April 14, 2025.

SO ORDERED.

This \_\_\_\_\_ day of \_\_\_\_\_, 2025.

_____
Steven J. McAuliffe
Senior United States District Judge