## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| KYLE FELLERS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MARCEY KELLEY, *et al.*, <br><br> Defendants. | Case No. 1:24-cv-311-SM-AJ |

### PLAINTIFFS' NOTICE ON PERMANENT INJUNCTION

Pursuant to this Court's April 14 order, Dkt. 80 at 45, Plaintiffs advise the Court that they do not intend to supplement the evidentiary record or submit supplemental briefing in advance of the Court's ruling on Plaintiffs' request for permanent injunctive relief. Plaintiffs' briefing on their motion for the preliminary injunction and the evidentiary record developed for that motion suffices and applies equally to any ruling on the permanent injunction.

Dated: April 14, 2025

Respectfully submitted,

*/s/ Endel Kolde*
Endel Kolde*
DC Bar No. 1782129
Brett Nolan*
DC Bar No. 90014964
Nathan Ristuccia*[1]
Virginia Bar No. 98372
INSTITUTE FOR FREE SPEECH
1150 Connecticut Avenue, N.W.
Suite 801
Washington, DC 20036
202.301.3300

By:   */s/ Richard J. Lehmann*
Richard J. Lehmann
New Hampshire Bar No. 9339
LEHMANN MAJOR LIST, PLLC
6 Garvins Falls Rd,
Concord, NH 03301
603.731.5435
rick@nhlawyer.com

---

[1] Not a D.C. Bar Member but providing legal services in the District of Columbia exclusively before federal courts, as authorized by D.C. Ct. App. R. 49(c)(3).

dkolde@ifs.org
bnolan@ifs.org
nristuccia@ifs.org

* Pro hac vice