## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| KYLE FELLERS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MARCEY KELLEY, *et al.*, <br><br> Defendants. | Case No. 1:24-cv-311-SM-AJ |

### PLAINTIFFS' NOTICE OF APPEAL

Plaintiffs now appeal to the U.S. Court of Appeals for the First Circuit from the order of the U.S. District Court for the District of New Hampshire, entered on April 14, 2025, denying Plaintiffs' motion for preliminary injunction.

Defendants and their counsel are receiving notice of this appeal via notice of electronic filing.

Dated: May 2, 2025

Respectfully submitted,

*/s/ Endel Kolde*
Endel Kolde*
DC Bar No. 1782129
Brett Nolan*
DC Bar No. 90014964
Nathan Ristuccia*[1]
Virginia Bar No. 98372
INSTITUTE FOR FREE SPEECH
1150 Connecticut Avenue, N.W.
Suite 801
Washington, DC 20036
202.301.3300
dkolde@ifs.org
bnolan@ifs.org
nristuccia@ifs.org

By:    */s/ Richard J. Lehmann*
Richard J. Lehmann
New Hampshire Bar No. 9339
LEHMANN MAJOR LIST, PLLC
6 Garvins Falls Rd,
Concord, NH 03301
603.731.5435
rick@nhlawyer.com

---

[1] Not a D.C. Bar Member but providing legal services in the District of Columbia exclusively before federal courts, as authorized by D.C. Ct. App. R. 49(c)(3).

\* *Pro hac vice*

*Counsel for Plaintiff*