UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

APPEAL COVER SHEET

1.    USDC/NH Case No. 24-cv-311-SM

2.    TITLE OF CASE: <u>Kyle Fellers, et al v. SAU 67, Superintendent, et al</u>

3.    TYPE OF CASE: Civil

4.    NAME OF APPELLANT(S) & COUNSEL FOR APPELLANT(S):
      <u>See certified copy of docket (ECF registered users not provided with a copy of docket)</u>

5.    NAME OF APPELLEE(S) & COUNSEL FOR APPELLEE(S):
      <u>See certified copy of docket (ECF registered users not provided with a copy of docket)</u>

6.    NAME OF JUDGE: Judge Steven McAuliffe

7.    DATE OF JUDGMENT OR ORDER ON APPEAL: **April 14, 2025**

8.    DATE OF NOTICE OF APPEAL: **May 2, 2025**

9.    FEE PAID or IFP: NO

10.   COURT APPOINTED COUNSEL: NO

11.   COURT REPORTER(S):   and DATES:    10/08/2024 – Jan-Marie Glaze
                                         11/21/2024 – Liza Dubois (AM),
                                         Susan Bateman (PM);
                                         11/22/2024 – Susan Bateman (AM),
                                         Brenda Hancock (PM)

12.   TRANSCRIPTS ORDERED/ON FILE: YES

13.   HEARING/TRIAL EXHIBITS: YES

14.   MOTIONS PENDING: NO

15.   GUIDELINES CASE:

16.   RELATED CASES or CROSS APPEAL:

17.   SPECIAL COMMENTS: