# United States Court of Appeals
## For the First Circuit

---

No. 25-1442

KYLE FELLERS; ANTHONY FOOTE; NICOLE FOOTE; ELDON RASH,

Plaintiffs - Appellants,

v.

MARCY KELLEY, Superintendent of Schools, State Administrative Unit 67, in the official and individual capacities; MICHAEL DESILETS, Athletic Director, Bow High School, in the official and individual capacities; MATT FISK, Principal, Bow High School, in the official and individual capacities; BOW SCHOOL DISTRICT,

Defendants - Appellees,

PHILIP LAMY, Lieutenant, Bow Police Department, in the individual capacity; STEVE ROSSETTI, Soccer Referee, New Hampshire Interscholastic Athletic Association, in the individual capacity,

Defendants.

---

**MANDATE**

Entered: October 5, 2026

In accordance with the judgment of August 26, 2026, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Theodore Cooperstein, Brian J.S. Cullen, Arleigh P. Helfer, Endel Kolde, Richard J. Lehmann, Ronald Gary London, Eric Alexander Maher, Brett Robert Nolan, Marc John Randazza, Nathan John Ristuccia, Jonathan Michael Shirley