**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| KYLE FELLERS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>MARCY KELLEY, *et al.*,<br><br>Defendants. | Case No. 1:24:cv-311-SM-AJ |

# STIPULATED DECLARATORY JUDGMENT AND ORDER OF DISMISSAL

All Plaintiffs and Defendants, through their counsel of record, hereby stipulate as follows:

1. After an opportunity to litigate their claims and defenses, including on appeal, Plaintiffs and Defendants in the above-captioned matter have come to an agreement settling all claims.

2. The Settlement Agreement and entry of this Stipulated Declaratory Judgment are made in good faith to avoid expensive and protracted litigation and to finally settle and resolve all claims between the parties that have been raised by the Plaintiffs' complaint (ECF No. 52 (Second Amended Complaint)).

3. The parties have agreed to and resolved the issue of attorneys' fees, per the Settlement Agreement.

4. The terms of the Stipulated Declaratory Judgment and the Settlement Agreement may be enforced by the United States District Court for the District of New Hampshire, and this Court shall retain jurisdiction for such purpose.

5. All remaining claims in this matter will be resolved upon entry of this Decree and implementation of the Settlement Agreement and Plaintiffs will make no further claim against any Defendant for damages, relief, costs, or attorneys' fees in this matter or any other matter accrued as of the date all parties executed the Settlement Agreement.

6. Plaintiffs represent that there are no known liens or other unpaid costs owing due to this lawsuit or the events giving rise to this lawsuit. This case does not involve any claims for medical expenses or physical or mental injuries and as such there are no liens for such claims.

7. The parties further agree that this consent decree will promote the interests of all parties and is a just resolution of this matter.

The parties, therefore, submit the following for approval to the Court.

ORDER AND DECLARATORY JUDGMENT

Based on the stipulation of the parties, and consistent with the opinion of the U.S. Circuit Court of Appeals for the First Circuit, and the evidence presented previously in this case, it is hereby ORDERED, ADJUDGED, and DECREED that:

1. Plaintiffs have a First Amendment right to silently wear pink wristbands bearing the XX symbol on the sidelines, in the spectator's area, or in the parking lot of any Bow District sporting event.

2. Defendant Bow School District violated Plaintiffs' First Amendment rights when it barred Plaintiffs from wearing the wristbands at the girls' varsity soccer game on September 17, 2024.

3. Judgment is entered against Defendant Bow School District consistent with this Order.

4. This declaratory judgment is binding on the District, its Board of Education, their successors, agents, attorneys, and assigns.

5. This declaratory judgment does not prevent the District or its Board from amending District Policy KFA or the Bow High School Athletics Handbook or issuing further implementing regulations, but will remain in effect after any such amendment or issuance.

6. This declaratory judgment resolves the need for the Court to rule on any further motions.

7. The payment of attorneys' fees as specified in the Settlement Agreement, will resolve and extinguish all claims for costs, damages, or fees in this matter.

8. This Court hereby dismisses all remaining claims in this case, with prejudice, and without any further costs to any party, including all claims against Marcy Kelly, Michael Desilets, and Matt Fisk.

9. This stipulated declaratory judgment and order of dismissal resolves all claims in this matter and terminates this case.

10. The Court will retain jurisdiction to enforce this Order and to enforce the Settlement Agreement.

SO ORDERED.

This 5th day of November, 2026.

Steven J. McAuliffe,
U.S. District Judge